COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| | § | No. 08-13-00061-CV |
| IN RE: HERITAGE OPERATING, INC., | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## O R D E R

The Court has considered Relator's petition for writ of mandamus and is of the opinion that the case will be set with oral argument. The mandamus proceeding will be submitted on the same date as the appeal in the consolidated case, styled Rita Porter, Individually & as Mother & Next Friend of Dawone Porter, a Minor & Patty Gordon, Individually & as Next Friend of Dylon Gordon, a Minor, Armando & Yvonne Gutierrez, Individually and as Parents & Next Friend of Armando & Amanda Gutierrez v. Heritage Operating, LP, a/k/a Denman Propane and Catholic Diocese of El Paso (San Lorenzo Church), and numbered 08-13-00002-CV. A submission date has not yet been determined. The parties will be provided with advanced notice of the setting. See Tex.R.App.P. 39.8

IT IS SO ORDERED this 14th day of May, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.